IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ROBERT NORRIS SANFORD,

    Plaintiff,

v.                               Civil Action No. 3:19CV843

HAROLD CLARKE,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on November 25, 2019, the Court conditionally docketed the action. At that time, the Court directed Robert Norris Sanford to affirm his intention to pay the full filing fee by signing and returning a consent to collection of fees form. The Court warned Sanford that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Sanford has not complied with the order of this Court. Sanford failed to return the consent to collection of fees form. As a result, he does not qualify for <u>in forma pauperis</u> status. Furthermore, he has not paid the statutory filing fee for the instant action. <u>See</u> 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Sanford.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: January 22, 2020
Richmond, Virginia